JS-6

**FILED**

JAN 29 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

BERNAL MORGAN,

        Petitioner,

        v.

BEN CURRY, Warden,

        Respondent.

    Case No. CV 08-0222-DOC (MLG)

        JUDGMENT

    IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: _____January 28, 2008_____

_David O. Carter_
David O. Carter
United States District Judge